[No. 44386-4-II.  Division Two.  January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMMY B. WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00364-5, Toni A. Sheldon, J., entered January 7, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Hunt and Maxa, JJ.

[No. 44678-2-II.  Division Two.  January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN VINCENT BALETO BIRD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00815-9, Anna M. Laurie, J., entered March 22, 2013. *Remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Maxa, J.

[No. 31176-7-III.  Division Three.  January 23, 2014.]

ANTHONY J. PREDISIK ET AL., *Appellants*, v. SPOKANE SCHOOL DISTRICT No. 81, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01332-7, Linda G. Tompkins, J., entered September 19, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Fearing, JJ. Now published at 179 Wn. App. 513.

[No. 31203-8-III.  Division Three.  January 23, 2014.]

ROSE TOWNSEND TRUST FOR DONALD TOWNSEND, *Appellant*, v. SCOTT R. SMITH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-02254-1, Tari S. Eitzen, J., entered June 19, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.